UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| OMAR HASSAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:22–CV–152 |
| KEATH HAAS, Public Defender, | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated March 31, 2023. [Doc. 13]. In that Report and Recommendation, Magistrate Judge McCook denied as moot Plaintiff's first Application to Proceed in District Court without Prepaying Fees or Costs [Doc. 1] and granted his second Application [Doc. 11]. Magistrate Judge McCook then recommended that Plaintiff's Complaint [Doc. 2] be dismissed for failure to state a claim upon which relief can be granted. [Doc. 13, at 4]. No party has filed objections to the recommendation. See Fed. R. Civ. P. 72. After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 13] is **ADOPTED** and **APPROVED**, and that the Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE